UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M. A. MORTENSON COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | NO. 2:21-cv-01407-RSM<br><br>ORDER FOR TEMPORARY STAY |

Pursuant to the parties' Stipulation for Temporary Stay, it is hereby ordered as follows:

This matter is hereby STAYED pending the ruling on Defendant's Motion to Transfer Venue. [Dkt. 5.] The Court shall strike the Motion for Temporary Stay [Dkt. 10] set for consideration on November 5, 2021.

DATED this 5th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE